UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK, a Texas banking association,

        Plaintiff

Case No. 2:11-cv-14252
Hon. Patrick J. Duggan

JP MORGAN CHASE BANK, NA, a National Banking association,

        Defendant,

and

STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,

        Defendant/Third-Party Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.
a foreign corporation, BANK OF AMERICA, NA,
successor by merger to B AC Home Loans Servicing, LP,
f/k/a COUNTRYWIDE HOME LOANS, INC.

        Defendant/Cross-Defendant,

and

A-l CONSTRUCTION, LLC and
JL ADJUSTING AND ASSOCIATES, LLC,
Michigan corporations,

        Third-Party Defendants.

_____

| | |
|---|---|
| TTMOTHY W. FERREL (P45379) | CARY R. BERLIN (P64122) |
| FRANK R. SIMON (P54731) | PAUL H. JOHNSON, JR. (P26871) |
| SIMON PLC | PATRICK, JOHNSON & MOTT, P.C. |
| Attorneys for Comerica Bank | Attorneys for State Farm |
| 363 W. Big Beaver Road, Suite 250 | 27777 Franklin Road, Suite 1400 |
| Troy, Michigan 48084 | Southfield, Michigan 48034 |
| (248)720-0290 | (248)356-8590 |

| | |
|---|---|
| **SCOTT R. MURPHY (P680I5)**<br>**BARNES & THORNBURG LLP**<br>Attorneys for JP Morgan Chase Bank, MA<br>171 Monroe Ave NW Ste 1000<br>Grand Rapids, MI 49503<br>(616) 742-3938 | **JONATHAN L. ENGMAN (P56364)**<br>**FABRIZIO & BROOK PC**<br>Attorneys for Bank of America, NA, successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans, Inc.<br>888 W Big Beaver Rd Ste 800<br>Troy, MI 48084<br>(248) 362-2600 |

### ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

This matter having come before the Court upon the Stipulation of the parties and the Court being otherwise fully informed in the premises;

**IT IS HEREBY ORDERED THAT** Comerica Bank is allowed to amend the Complaint filed in this matter and that Comerica Bank's First Amended Complaint will be filed within two (2) weeks of the entry of this order.

**IT IS SO ORDERED.**

        s/Patrick J. Duggan
        **Patrick J. Duggan**
        **United States District Judge**

**Dated: October 31, 2011**
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, October 31, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        **Case Manager**